No. 82–1840.  KIRKSEY ET AL. *v.* MISSISSIPPI ET AL.  Affirmed on appeal from D. C. D. C.  JUSTICE MARSHALL would note probable jurisdiction and set case for oral argument.

No. 82–370.  CARPENTER *v.* HAMMOND, GOVERNOR OF ALASKA.  Appeal from Sup. Ct. Alaska dismissed for want of substantial federal question.

No. 82–1710.  FOX RIDGE ASSOCIATES & CO. *v.* BOARD OF ASSESSORS OF MARSHFIELD.  Appeal from Sup. Jud. Ct. Mass. dismissed for want of substantial federal question.

No. 82–1821.  EXXON CORP. ET AL. *v.* EAGERTON, COMMISSIONER OF REVENUE OF ALABAMA, ET AL.; and
No. 82–1835.  UNION OIL COMPANY OF CALIFORNIA ET AL. *v.* EAGERTON, COMMISSIONER OF REVENUE OF ALABAMA.  Appeals from Sup. Ct. Ala. dismissed for want of substantial federal question.  Reported below: 426 So. 2d 814.

No. 82–1946.  OYSTER *v.* OYSTER.  Appeal from Sup. Ct. Va. dismissed for want of substantial federal question.

No. 82–2016.  SOLYOM *v.* MARYLAND-NATIONAL CAPITAL PARK AND PLANNING COMMISSION.  Appeal from Ct. Sp. App. Md. dismissed for want of substantial federal question.

No. 82–2059.  BARTLETT ET AL. *v.* WILLIAMS ET AL.  Appeal from Sup. Ct. Conn. dismissed for want of substantial federal question.

No. 82–2116.  DALGETY FOODS, INC. *v.* AVINA.  Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of substantial federal question.